**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES STEPHENS,

  Plaintiff,

                                    CASE NO.:  8:19-CV-00201-MSS-JSS

v.

HYUNDAI CAPITAL AMERICA, INC.,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

      Plaintiff, CHARLES STEPHENS, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 19, 2019, the following was electronically filed with the Clerk of the Court through CM/ECF system, which will automatically serve a copy on all counsel of record.

                        */s/ Octavio Gomez*
                        Octavio Gomez, Esquire
                        Florida Bar No.: 0338620
                        Morgan & Morgan Tampa,  P.A.
                        201 N. Franklin Street, Suite 700
                        Tampa, Florida 33602
                        Telephone: (813) 223-5505
                        Facsimile: (813) 983-2889
                        Primary Email: TGomez@ForThePeople.com
                        Secondary Email: DGagliano@ForThePeople.com
                        *Attorney for Plaintiff*