**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHARLES STEPHENS,**

    **Plaintiff,**

**v.**                                                                    **Case No: 8:19-cv-201-T-35JSS**

**HYUNDAI CAPITAL AMERICA, INC.,**

    **Defendant.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 19, 2019, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 24) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of September, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party